IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

**Plaintiff,**

v.

**DONALD BRENT STOVER,**

**Defendant.**          **No. 05-CR-30164-DRH**

### ORDER

**HERNDON, District Judge:**

       Before the Court is Defendant Donald Brent Stover's ("Defendant") second objection to his Presentence Investigation Report. (Doc. 19.) Defendant argues that because the total length of the shotgun he possessed was greater than twenty-six inches, his base offense level should be lowered, despite the fact that he acknowledges that the length of his shotgun's barrel was less than eighteen inches.

       The Court **OVERRULES** this objection. (Doc. 19.) As **26 U.S.C. § 5845(a)** clearly provides (and as Defendant's counsel acknowledges (Doc. 19)), the term "firearm," as used in the **United States Sentencing Guidelines Manual § 2K2.1**, includes a shotgun "having a barrel or barrels of less than 18 inches in length," as well as a weapon "made from a shotgun if such weapon as modified has an overall length of less than 26 inches *or* a barrel or barrels of less than 18 inches in length." **26 U.S.C. § 5845(a)** (emphasis added). As ultimately acknowledged by Defendant at the hearing held on March 10, 2006, the shotgun he possessed — which

was less than eighteen inches in length — easily qualifies as a firearm under this definition. Defendant's objection, therefore, is meritless.

**IT IS SO ORDERED**.

Signed this 10th day of March, 2006.

<u>/s/        David   RHerndon</u>
**United States District Judge**