IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

vs.                                                                                  No. 3:05-CR-30164-001-DRH

DONALD B. STOVER,

Defendant.

## ORDER

**HERNDON, Chief Judge:**

Pending now before the Court is plaintiff, the United States of America's motion to dismiss writ of execution (Doc. 44). Pursuant to Rule 41(a)(2), Federal Rules of Civil Procedure, and for good cause shown, plaintiff's motion is **GRANTED.** It is hereby **ORDERED** that the Writ of Execution in this cause be and the same is hereby **DISMISSED**, without prejudice.

IT IS SO ORDERED.

Signed this 5th day of June, 2013.

Digitally signed by David R. Herndon
Date: 2013.06.05 14:18:45 -05'00'

**Chief Judge**
**United States District Court**